EDMUND WILSON, ATTORNEY-GENERAL, EX REL. FRANK DEVLIN, RELATOR, PLAINTIFF IN ERROR, v. THOMAS McDERMOTT, DEFENDANT IN ERROR.

Argued November 20, 1912—Decided March 3, 1913.

On error to the Supreme Court.

For the plaintiff in error, *Collins & Corbin.*

For the defendant in error, *Joseph M. Noonan.*

PER CURIAM.

The same facts, with the exception that the relator at the time of his removal was deputy warden of Hudson county jail, exist in this case as were present in *Sullivan* v. *McOsker, ante p.* 380. For the reasons stated in the opinion of that case the judgment of the Supreme Court will be reversed with direction that the demurrer be overruled.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY, JJ. 9.